IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JERMAINE LOVETT**,

Petitioner,

v.

**UNITED STATES OF AMERICA,**

Defendant.                                         No. 10-503-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on motion for relief pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on November 30, 2010, the petition is **DISMISSED** with prejudice as untimely.-------------------------------------------------------------------------------------------------------

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:      /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: November 30, 2010

APPROVED: /s/ David R. Herndon  2010.11.30  11:57:13 -06'00'
CHIEF JUDGE
U. S. DISTRICT COURT